

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. M., A MINOR CHILD, | § | No. 08-16-00277-CV |
| | § | Appeal from the |
| Appellant. | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2015DCM2102) |
| | § | |

**O R D E R**

The Court GRANTS Patricia Madrid's request for an extension of time within which to file the Reporter's Record until **October 27, 2016.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patricia Madrid, Official Court Reporter for the 388th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before October 27, 2016.

IT IS SO ORDERED this 18th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.